**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**

United States of America,
       Plaintiff

Case No. 09-14953
Hon. Robert H. Cleland

-v-

Joyce V. Clark,
       Defendant

_____

**ORDER PERMITTING SERVICE OF PROCESS BY SUBSTITUTED MEANS**
_____

       The plaintiff has filed a petition for an order permitting substituted service of process and an affidavit by a process server reciting the unsuccessful attempts at service of the summons and compliant. The court finds that service of process cannot reasonably be made in a manner set forth under Michigan law, and that the substitute means requested reasonably are calculated to give the defendant actual notice of the proceedings and an opportunity to be heard. *See* Fed. R. Civ. P. 4(e)(1); Mich. Ct. R. 2.105(I)(1).

       Accordingly, it is ORDERED that the plaintiff's petition for order permitting substitute service of process [dkt # 3] is GRANTED.

       It is ORDERED that the plaintiff may serve the defendant, Joyce V. Clark, with the summons and a copy of the complaint by:

(A) Posting a copy thereof, along with a copy of this petition and order for substituted service of process, at the defendant's residence at: 1231 W. State Fair, Apt. 403w, Highland Park, Michigan 48203;

(B) Mailing a copy of the same by certified mail (return receipt requested) to the defendant's residence noted above; and

(C) Mailing a copy of the same by first class mail to the defendant's residence noted above

The plaintiff shall file a certificate confirming service as provided herein **within thirty (30) days of the date of this order**.

    S/Robert H. Cleland
    ROBERT H. CLELAND
    UNITED STATES DISTRICT JUDGE

Dated: April 22, 2010

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, April 22, 2010, by electronic and/or ordinary mail.

    S/Lisa Wagner
    Case Manager and Deputy Clerk
    (313) 234-5522